# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RUFFIN,<br><br>          Petitioner,<br><br>          v.<br><br>JOSIE GASTELO,<br><br>          Respondent(s). | Case No. 2:20-cv-10503-JGB (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: February 9, 2022

HONORABLE JESUS G. BERNAL
United States District Judge